Jackson
v.
Dains.

## DEXTER *against* HOOVER.

Title of the
cause in the
court    below
amended both
in the certio-
rari and  the
affidavit,   on
which it  was
grounded.

ON certiorari to a Justice's Court.  Jacob I. Hoover im-
pleaded Dexter before a Justice, and obtained judgment
against him.  Dexter employed an attorney to prosecute a
certiorari to this Court, who, by mistake, drew the affidavit
and certiorari in the name of James S. Hoover, instead of the
true name, Jacob I. Hoover ; and on the certiorari being ·
served upon the Justice, he told the plaintiff's attorney, that
he should return that there was no such cause before him as
that described in the papers ; and a motion was now made
to amend the title of the affidavit and writ so as to make
them agree with the proceedings below, in the name of
Hoover.

*O. G. Otis,* for the motion, cited 1 Sellon's Pr. 98, 99.
*Stevenson* v. *Donovas,* (2 B. & P. 119,) *Mestaer* v. *Hertz,*
(3 M. & S. 450.)

*G. H. Feeter* and *N. S. Benton,* contra.

*Curia.*  Let the plaintiff make a supplementary affidavit
in the true cause, stating the same facts as are contained in
the original affidavit ; let the writ be amended and a copy of
the supplemental affidavit be served on the Justice, who
must return thereto, as if it were an original affidavit.  But
the amendment must be on payment of costs.

Rule accordingly.